U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jun 15 - 2025
John M. Domurad, Clerk

Family-Name Wishengrad; Given-Name Marc-David
*Sui Juris sovereign man one of we the people*
Moving Party Of Real Interest, *Claimant at Law,* a
self governed man, having taken do**minion over**
**Juris of the Land, Air, Water, Law**

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

De facto Color Of Law Agencies/Persons So Named THE PEOPLE OF THE STATE OF NEW YORK et al, Officer Fagerstrom shield 251 Rosendale Police Dept., Deputy Broadhead shield 67 Ulster County Sheriff's Office, Scott W. Schaffrick Chief of Police Town of Rosendale, Judge Christopher Ragucci, Court Clerk Denise DeHardt, Court Clerk Rebecca Stokes, District Attorney Anthony Stephens, Et al Trespassers

**Against**
MARC D. WISHENGRAD FICTITIOUS PERSON Alleged Defendant

Case/ Incedent #: 2025-0001026: THE PEOPLE OF THE STATE OF NEW YORK Notice Of Special Divine Appearance Status Standing Dominion To be Treated as a Certified/Sworn Affidavit In Writing, Affidavit For *Common Law Writ of Injunction*

United States District Court # 1:25-cr-253 (PJE)

*Notice Of Removal from State Court Re-Filed.* Jurisdiction is 28 U. S. C. § 1455 (a) criminal jurisdiction and 28 U.S.C. § 1446 Civil Jurisdiction.

## Notice Of Removal Of State Court Action To United States District Court

Law: The United States Supreme Court has ruled that a **natural individual entitled to relief is "entitled to free access….. to its judicial tribunals and public offices in every State in the Union"** (2 Black 620; see also: Crandell vs. Nevada, 6 Wall 35). Plaintiff should not be charged fees or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of government, and should not be applied to the moving party the natural private man who is a natural man and entitled to relief (Hale vs. Henkel, 201 U.S. 43)

(1) To THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Please take notice that the alleged defendant MARC D. WISHENGRAD FICTITIOUS has removed to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK claims and causes of action in the civil/criminal action styled *"STATE OF NEW YORK" vs MARC D. WISHENGRAD* FICTITIOUS Incedent #: 2025-0001026 "State Court Action" in the THE STATE

COURT OF ROSENDALE, ULSTER COUNTY STATE OF NEW YORK pursuant to 28 U. S. C. § 1455 (a) criminal jurisdiction and 28 U.S.C. § 1446 Civil Jurisdiction. A copy of all process, pleadings and orders served upon defendant to date in the State Court Action are attached.

(2) Defendant's grounds for removal are as follows:
This Action is Founded on Constitutional Protected Rights, Claims and Right Arising under United States Constitution and the Laws of the United States. And **a direct constitutional violation** Fourth, Fifth, Sixth Amendments **violation and well established law pertaining to the** State prosecution having authority to commence a civil or criminal action, and the State court did not have jurisdiction **in this matter.**

(3) 42 U.S.C. § 1981. The State Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(a) and or 28 U.S. Code § 1455 (a) as plaintiff's cause of action is a federal question arising under United States Constitution, the laws of the United States, specifically, the **right to a common Law trial by jury of ones peers** and *Fact as the record shows this State case Removal is in fact only filed as a "United States Constitution VII Amendment* **Right to a trail by jury"** *and is in accordance with Federal Rules of Civil Procedure* Rule 38 (a) *questions for a* **trail by jury to decide only** *against the plaintiffs named above,* **not a Magistrate Judge**, *and must be corrected immediately by moving forward in this matter by as a* **trail by jury to decide only, and**

(4) *Sherer v. Cullen, 481 F 946* 'There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights.",
**Brief to be filed separately after Notice Of Removal To Correct the record, by Facts In-Law Proving The State Court had No Authority, and Subject-Matter Jurisdiction, and counterclaim against plaintiff that is hereby incorporated as fully stated herein to be filed timely manner**

(5) Accordingly, this matter presents a federal question and removal is appropriate under 28 U.S.C. § 1441, and or 28 U.S. Code § 1455 (a)

(6) This Notice of Removal is Timely and Complete and Has Been Properly previously Served.

(7) The alleged Defendant was forcefully made to appeared in the State action on May 13, 2025 and continue to do so with out authority nor jurisdiction, This Notice is therefore timely filed pursuant to 28 U.S.C. § 1446(b), 28 U.S.C. § 1441(a), and or 28 U.S. Code § 1455 (a  This Court has personal jurisdiction over the parties.

Defendant is the only named defendant in the Complaint. All requirements for removal are met. See Emrich v. Touche Ross & Co., 846 F.2d 1190, 1193 n.1 (9th Cir. 1988). Defendant has provided written notice of this Notice to the District Attorney of record for plaintiff. A true and complete copy of this Notice will be filed in the State Court Action.

Verification:

(8) I, the private man non-resident Family-Name Wishengrad; Given-Name Marc-David **beneficiary** Claimant at Law do hereby declare according to the Laws **for the united states of America** present to **United States Code 28 U. S. 1746 (1) Without the United States** that the foregoing accounting of facts above are factual and correct, complete and not misleading in any way to the best of my knowledge so help me, and If a fact stated herein, is proven wrong by facts, law, and evidence, I reserve the right to "Amend" this document for the "facts" to be clearly stated, and

June 12, 2025

Autograph: *Marc-David; Wishengrad*

Family-Name **Wishengrad**; Given-Name **Marc David**
Name Holder/Controller/Beneficiary and Authorized Representative
U. C. C. 3-603 (b) Tender of Payment for Adjustment,
"Without Recourse U. C. C. 3-414(d), (e)" and
All Rights Reserved: U.C.C.1-308/1-207; U.C.C.1-103
without recourse regulated by U. C. C. 3-402(b) (1) *for the*
*Estate Private Trust* MARC D. WISHENGRAD
*Non-Domestic Without United States Zip Exempt*

care of post-office Box #3 Jefferson, New York

Phone: 917-701-7675

Email: MarcDavid67@pronton.me

Notary public as JURAT CERTIFICATE

New York state         }

New York county        }

On June 12, 2025 date before me,

_____Steven Rojas_____, a Notary RePublic, personally appeared Family-Name: Wishengrad: Given-Name: Marc David who proved to me on the basis of satisfactory evidence to be the man whose Name is subscribed to the within instrument and acknowledged to Me that he executed the same in his authorized capacity, And that by his autograph(s) on the instrument the man executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of New York state and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of public Notary as Jurat _____

seal

3

STEVEN ROJAS
Notary Public - State of New York
No. 01RO0020112
Qualified in New York County
My Commission Expires Jan. 19, 2028

In The Constitutional Common-Law Rosendale Justice Court Ulster county New York

| | |
|---|---|
| De facto Color Of Law Agencies/Persons So Named THE PEOPLE OF THE STATE OF NEW YORK et al, Officers Judges et al, All District Attorneys Et al Trespasser<br><br>Against<br><br>MARC DAVID WISHENGRAD PERSON Alleged Defendant<br><br>Counter-claimant<br><br>*Family Name Wishengrad: Given-Name Marc David* **Sui Juris sovereign man one of we the people** Moving Party Of Real Interest, *Claimant at Law,* a self governed man, having taken **dominion over Juris of the Land, Air, Water, Law**<br><br>vs<br><br>Counter defendants<br><br>De facto Color Of Law Agencies/Persons So Named THE PEOPLE OF THE STATE OF NEW YORK et al, Officers Judges et al, All District Attorneys Et al Trespasser | Ticket No. ADFDR01K9DCQ3, DR01K9DCLX, DR01K9DC32, DR01K9DCCW, DR01K9DCF8, DR01K9DCGH<br><br>Declaration by **Order to Show Cause** and **Notice Of Special Divine Appearance Status Standing Dominion To be Treated as a Certified/Sworn Affidavit In Writing, Affidavit For** *Common Law Writ of Injunction By Claimant at Law against* Trespassers who are Attempting to Unlawfully force statutory jurisdiction upon *Claimant* by violating my Rights under Color of law in violations of 18 U. S. C. 341, 342, state constitution and united states of America Constitutional Fourth, Fifth and Sixth Amendment violations, New York Law, a Brady violation see U.S. Supreme Court Volume 373, Brady v. Maryland, 373 U.S. 83 and acting under Color of law violations of United States code 18 USC 241, 242, 18 U. S. C. 2381, 18 U. S. C. 115, and 22 U. S. C. 611 and loses their qualified immunity. |

NOTICE TO: THE ABOVE DE FACTO GOVERNMENTAL SERVICES CORPORATE AGENCIES
**Warring, Warring Warring Trespasser**

**Jurisdiction and Authority is hereby challenged**

(1) Now Comes: *Family Name Wishengrad: Given-Name Marc David*, Competent Sui Juris sovereign man, as Principle, an adult man, a living soul, a son of God, an ambassador of Christ, One of "We the People" a Creator of Government, who's status is well defined in Genesis 1:26-28, & 2:7, Job 32:21-22, Deuteronomy 1:17, Proverbs 28:21, Mathew 22:16, Galatians 2:6, in the Maccabees in Ecclesiasticus 4:22, 4:27, 10:5, 35:13. It is in any case a sin unto God to accept the Person. Therefore, it is absolutely against my beliefs

(2) My status is also further defined as an *American National* whose **Nationality New Yorker** who is native of the states as required in *8 CFR § 101.3, and 2016 GPO Styles Manual, page 95, § 5.23 Nationalities, etc. 5.23. In designating the natives of the states, the following forms will be used.* See **Nationalities**: *Example: New Yorker which is my Nationality.* My estate and/or trust is, described in 26 USC 7701 (a) (31), as a TAX-EXEMPT "foreign estate or trust." And as a Non-Resident Alien Individual, in the Internal Revenue Code at [26 USC §7701 (b)(1)(B)].

(3) *"We are sending this correspondence to make you aware of the unconstitutional Acts committed by your law enforcement agencies and state courts against the people of North Carolina. Those acts may or may not have been committed knowingly or unintentionally but we are writing to your office to ensure that those violations are brought to your attention so that they can be addressed and corrected". And "As you may or may not know, there are people in your state whose status is ostensibly different than the average US citizen and are considered Foreign Nationals or American Nationals with certain safeguards and protections under the law. Are primary concern is that their travel rights in your state are not infringed. (As referred to as one of the people of North Carolina ) as outlined in the notice by united states of America Department of Travel address to Governor Pat McCrory 20301 Mail Service Center Raleigh, North Carolina 27699-0301 dated November 23, 2015*

*Declaration by Order to Show Cause Against* THE PEOPLE OF THE STATE OF NEW YORK
Page -1-

(4) See Chisholm vs Georgia U. S. 2 Dall 419, 454, 1 L Ed 440, 455, and Lansing v. Smith, 4 Wend. 9 (N. Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em. Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7., Note: Am. Dec. American Decision, Wend. Wendell (N. Y.), that says **"The sovereignty devolved on the people, they are sovereigns without subjects and have none to govern but themselves"** and People v Herkimer, 4 Cowen (N. Y.) 345, 348 (1825 that says **"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named."**

(5) Therefore, there shall not be any presumption of my status, as it is my gift from God and my un-a-lien-able right of self determination. Being Sui Juris sovereign "of ones own right" is derived from taking dominion over all three jurisdictions, in being self governed. "We the people" lay down the law and when our public servants step outside of the law in which "we the people" laid down then they are committing a violation of emolument.

(6) "The courts have no right to decline the exercise of jurisdiction which is given, then to usurp that which is not given. The one or the other would be treason on the Constitution" See United States vs Will, 449 U. S. 200, 101

(7) Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action.
Melo v. US, 505 F2d 1026. and "Once jurisdiction is challenged it must be proven." Hagans v. Levine 415 US 533 note 3

(8) The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v Lavine, 415 U. S. 533. and "No sanction can be imposed absent proof of jurisdiction." Stanard v. Olesen, 74 S.Ct. 768 and

(9) "The law provides that once State / Federal Jurisdiction has been challenged, it must be proven."
Maine v. Thiboutot, 100 S. Ct. 2502 (1980), and "Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners, 94 CA2d 751.211 P2s 389, and "The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416, and

(10) "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150, and Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. McNutt v. GMAC, 298 US 178. Origins found in Maxfield's Lessee v Levy, 4 US 308

(11) Fact the alleged charging instrument without any sworn affidavit signed under penalty of perjury to establish probable cause alleges that statute without describing specifically what the crime was, were the alleged crime happened and who the alleged victim man was, what law from and authority without any facts supporting the charging instrument. The alleged charging instrument alleging a crime "traffic infractions" do not have any material factual evidence of damaged people or their property by the officer who issued the traffic ticket and the prosecutors has failed to disclose any material factual evidence of damaged people or their property listed on the traffic ticket by the officer who issued the traffic ticket thereby failing to disclose any material factual evidence to the person listed on the traffic ticket.

(12) Thereby establishing the fact it is a defective, falsified charging instrument, a state constitution and united states of America Constitutional Fourth, Fifth and Sixth Amendment violations, New York Law, a Brady violation see U.S. Supreme Court Volume 373. Brady v. Maryland, 373 U.S. 83 and acting under Color of law violations of United States code 18 USC 241, 242, 18 U. S. C. 2381, 18 U. S. C. 115, and 22 U. S. C. 611 and loses their qualified immunity.

(13) The Officer has committed False Public Alarm. See: New York Consolidated Laws, Penal Law - PEN § 240.55 Falsely reporting an incident in the second degree Current as of January 01, 2021. A person is guilty of falsely reporting an incident in the second degree when, knowing the information reported, conveyed or circulated to be false or baseless, he or she:

1. Initiates or circulates a false report.

(14) Specifically the officer who issued the traffic ticket and the prosecutors has failed to disclose the facts in law that the sovereign Man was exercising his "Private Right To Travel evidence/information within the traffic ticket as outlined below thereby resulting in violations above in numbers 1 through 13 above and numbers 15 through 26 below

**(15) Distinction between Private Travel and Commercial Travel.** "It is well known by the State and its agencies that there is an absolute distinction between **private travel and commercial travel.** When versing a motor vehicle Act, it is critical that the definitions used therein are strictly adhered to. It is further inextricable tactical that in order to enforce the motor vehicle code, the State, by any branch, must adhere to, and comply with, the whole act rule. Any prosecution, civil or criminal, commenced present to the motor vehicle act, must be in fact commercial, and it is the sole obligation of the State to prove that the act in question was in fact commercial". This is further factually documented in the Code of Federal Regulations CFR that establishes the fact in law that all drivers licenses are commercial in nature. *49 CFR 390.3 -- General applicability. § 390.3 General applicability. For Drivers License (a) The rules in subchapter B of this chapter are applicable to all employers, employees, and commercial motor vehicles that transport property or passengers in interstate commerce. (b) The rules in part 383 of this chapter, Commercial Driver's License Standards; Requirements and Penalties, are applicable to every person who operates a commercial motor vehicle, as defined in § 383.5 of this subchapter, in interstate or intrastate commerce and to all employers of such persons.* 49 CFR 383.5 Definitions   Commerce Means: (1) Any trade, traffic, or transportation within the jurisdiction of the United States between a place in a State and a place outside of such State, including a place outside of the United States; or (2) Trade, traffic, and transportation in the United States that affects any trade, traffic, and transportation described in paragraph (1) of this definition. Commercial driver's license (CDL) means a license issued to an individual by a State or other jurisdiction of domicile, in accordance with the standards contained in this part, which authorizes the individual to operate a class of a commercial motor vehicle.

(16) It is a fact in law all State DMV Vehicle statue clearly **classifies Motor Vehicles used for commercial purposes and profit on the roads** only giving your State wide law-enforcement officers statutory authority to regulate commercial use of the roads only, **not one** *exercising their private right to travel personal private use on all Roads:* See your laws. **Statutes definition of a Motor Vehicle** is "American Mutual Liability Ins. Co., vs. Chaput, 60 A.2d 118, 120; 95 NH 200 Motor Vehicle: 18 U. S. C. Part 1 Chapter 2 section 31 **definitions:** "(6) **Motor vehicle**. - The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power **and used for commercial purposes on the highways**..." (10) The term **"used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or  indirectly in connection with any business, or other undertaking intended for profit"**, and  Packard vs  Banton, As District Attorney In and For the County of New York, Et Al. United States Supreme Court 264 U.S. 140 (1924)  Mr. Justice Sutherland delivered the opinion of the Court. This is a suit to enjoin the enforcement of a statute of New York (Laws, 1922, c. 612, p. 1566) **"The statute requires every person, etc., engaged in the business of carrying passengers for hire in any motor vehicle..."** and

(17) STATE OF NEW YORK,  Attorney General's Office,  ALBANY, July 21 1909
Hon. Samuel S. Koenigsegg, Secretary of State, Albany, New York:
Dear Sir. Your favor of July 13th 1909, duly received. In Answer to your inquiry as to whether or not it is necessary for various members of a family who owned an automobile to procure a chauffeur's license in the event that different members of the family operate the automobile, I am of the opinion that such license is not necessary. **There is no provision of law that I am aware of requiring the owner of a motor car or any member of his family to procure a chauffeur's license to run such machine. Subdivision 5 of section 280 of chapter 30 of the Consolidated laws defines the word "chauffeur " as follows: " shall mean any person operating a motor vehicle as mechanic, employee or for hire." Section 283 provides for the registration of such motor vehicle.** Page 323. **"There is no requirement that the owner of a motor vehicle shall procure a license to run the same, nor is there any requirement that any other person shall do so, unless he proposes to become a chauffeur or a person conducting an automobile as an employee for hire or wages."** Yours very truly,  Edward R. O' Malley, Attorney General, and

(18) "Privately owned Buses not engaged in for hire Transportation are outside the jurisdiction of Division of Motor Vehicles enforcement of N. C. G. S. Article 17,Chapter 20***" 58 N. C. A. G. 1 It follows that those **people** (a Man/Woman) not engaged in extraordinary use of the highway for profit or gain are likewise outside the jurisdiction of the Division of Motor Vehicles, because all of the  N. C. G. S. Article 17,Chapter 20 Statutes are directly connected and related to commercial commerce use of all roads and therefore only giving the Division of Motor Vehicles statutory authority and jurisdiction over commercial commerce use of roads.

(19) "Since a sale of personal property is not required to be evidenced by any written instrument in order to be valid, it has

been held in North Carolina that there may be a transfer of title to an automobile without complying with the registration statute which requires a transfer and delivery of a certificate of title." N.C. Law Review Vol. 32 page 545, Carolina Discount Corp. v. Landis Motor Co., 190 N.C. 157.

(20) Md.Code (1977, 2006 Repl.Vol.), § 16-102. **Persons exempt from the licensing requirements** Maryland Code, Transportation § 16-102. (iv) Except as provided for in Subtitle 8 of this title, the **vehicle is not a commercial motor vehicle (a) The licensing requirements of this title do not apply to:** (iv) Except as provided for in Subtitle 8 of this title, **the vehicle is not a commercial motor vehicle;** See Court of Appeals of Maryland. STATE of Maryland v. Christopher Carl SULLIVAN. No. 64, Sept. Term, 2008. Decided: March 09, 2009.

(21) Rules of The Department of Public Health Chapter 511-1-3 Vital Records 511-1-3-.01 **Forms.**
**All forms, certificates, and reports used in the system of Vital Records are the property of the Georgia Department of Public Health and shall be surrendered to the State Registrar of Vital Records, hereinafter referred to as "State Registrar", upon demand.** The forms prescribed and distributed by the State Registrar for reporting vital events shall be used only for official purposes. Only those forms furnished or approved by the State Registrar shall be used in the reporting of vital events or in making copies thereof. And New Jersey Statutes Title 26. Health and Vital Statistics New Jersey Statutes 26:8-1 person: includes corporations, companies, associations, societies, firms, partnerships and joint stock companies as well as individuals, unless restricted by the context to an individual as distinguished from a corporate entity or specifically restricted to one or some of the above enumerated synonyms and, when used to designate the owner of property which may be the subject of an offense, includes this State, the United States, any other State of the United States as defined infra and any foreign country or government lawfully owning or possessing property within this State. See New Jersey Statutes 1:1-2 State: extends to and includes any State, territory or possession of the United States, the District of Columbia and the Canal Zone. See New Jersey Statutes 1:1-2, and North Carolina General Statutes Article 4 Vital Statistics Section 130A-93, and G.S. 130A-99, Chapter 161 Section (b) "All birth records and data are State property and shall be managed only in accordance with official disposition instructions prepared by the Department of Natural and Cultural Resources". And

(22) RM 10212.001 Defining the Legal Name for an SSN A. What is the legal name For SSA enumeration purposes, a legal name consists of a: first name; and last name, and **1. Middle name** We do not consider the middle name part of the legal name, and **2. Given name = full first name and middle name,** B. Evidence of legal name 1. US born individual In general, a US born person's legal name is the name shown on his or her U.S. birth certificate, and Source: https://secure.ssa.gov/poms.nsf/lnx/0110212001 *Foot-Note 4: "Every taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as relate to in the proceedings to set sovereign authority in motion by action". In Re Bolens (1912), 135 N.W. 164, Washington supreme Court.*

(23) "The courts have no right to decline the exercise of jurisdiction which is given, then to usurp that which is not given. The one or the other would be treason on the Constitution" See United States vs Will, 449 U. S. 200, 101

(24) The officer who issued the traffic ticket and prosecutors are in *violation of Federal Laws acting* under Color of law in violations of 18 U. S. C. 341, 342, state constitution and united states of America Constitutional Fourth, Fifth and Sixth Amendment violations, New York Law, a Brady violation see U.S. Supreme Court Volume 373, Brady v. Maryland, 373 U.S. 83 and 18 U. S. C. 2381, 18 U. S. C. 115, and 22 U. S. C. 611 and loses their qualified immunity and *United States Code 18 USC 1028a and 18 USC 1341,18 USC 2381, in violation United States Code 18 USC 1201, Human Trafficking in violation United States Code 18 USC 1591,Criminal Copyright infringement punishable by 17 U.S.C.506(a) and United States Code 18 USC 1201.*

## Opportunity to Cure
*(25) Dismiss all charges with prejudice for lack of jurisdiction and authority and provide written certification to that fact, failure to do so will result in the trespassers named herein being liable for damages to Make full payment to Family Name Wishengrad: Given-Name Marc David for the damages $ 8,000,000 outlined in numbers 1 through 25 caused to me, Claimant within thirty days. I reserve the right to "Amend" this document without leave of the court for the "truth" and "facts" to be clearly stated, and revealed, and*

*Verification:*

(26) I, the private man non-resident *Family Name Wishengrad: Given-Name Marc David* **beneficiary** *Claimant at Law* do hereby declare according to the Laws **for the united states of America** present to **United States Code 28 U. S. 1746 (1)** that the foregoing accounting of facts above are factual and correct, complete and not misleading in any way to the best of my knowledge so help me, and *If a fact stated herein, is proven wrong by facts, law, and evidence, I reserve the right to "Amend" this document for the "facts" to be clearly stated, and*

autographed _____

*Family Name Wishengrad: Given-Name Marc David*
**beneficiary** *Claimant at Law*
Private Man **non-resident** *In Propria Persona Sui Juris*

*Notice* Using a notary public on this document does not constitute any adhesion, nor does it alter my status in any matter. The purpose of a notary is verification and identification only and not for entrance into any foreign jurisdiction.

Jurat Certificate

New York-county ]
New York    ] SS.

Subscribed and affirmed before me this  13  day Fifth **Month May** in the year of our Lord and Savior **Two Thousand Five**

_____  MARIA C. CASERES
Notary Public            Notary Public, State of New York
                         No. 31-4926158
                         Qualified in New York County
                         Certificate filed in New York County
                         Commission Expires 8/11/26

Seal:        Address of Notary _____

# UNIFORM APPEARANCE TICKET

UCS-150 (rev. 11/22/19)

## The People of the State of New York
vs ` D WISHENGRAD

**Date of Birth:** 6/12/1967

**Appearance Ticket # (if assigned):** ADFDR01K9DCQ3
**Arrest/Complaint #s (if assigned):**

## DEFENDANT CONTACT INFORMATION

| Address on ID: | 220 DEAD END ROAD | JEFFERSON | NY | 12093 |

**Mailing Address (if different than ID address):** PO BOX 3 JEFFERSON NEW YORK 12093

**Cell Phone:** (917) 701-7675
**Home Phone:**
**Email Address:** MARCWISHPIC@GMAIL.COM

## CHARGES

You have been charged with the following offenses:

| Charge Description | Law/Section/Subsection |
|---|---|
| RESISTING ARREST | 205.30   PENAL |

| City/Town/Village of Occurrence | County of Occurrence |
|---|---|
| ROSENDALE, TOWN OF - 5663 | ULSTER |

## COURT DATE

You are hereby directed to appear in the following court to answer the above charge(s):

**Court:** ROSENDALE TOWN COURT
**Location:** 1915 LUCAS AVE, COTTEKILL, NY 12419
**Part/Room:**
**Date:** 5/13/2025
**Time:** 5:00 PM ✓

If you do not appear to answer the above charges, a warrant may be issued for your arrest, and you may face additional charges that could subject you to a fine, imprisonment or both if you are convicted. NOTICE: You are advised to consult an attorney as soon as possible regarding this matter.

**Arresting Agency:** TOWN OF ROSENDALE

**Signature of Issuing Officer:** [signature]
**Shield:** 251
**Command/PCT/TZS:**
**Date:** 5/1/2025
**Time:** 11:56 AM ✓

# New York State - Department of Motor Vehicles
## UNIFORM TRAFFIC TICKET

**DR01K9DCGH**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY:** ROSENDALE PD
**Local Police Code:**

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

| Field | Value |
|---|---|
| Last Name (Defendant) | WISHENGRAD |
| First Name | MARC |
| M.I. | D |
| Number and Street | 220 DEAD END ROAD |
| Apt. No. | |
| Photo Lic Shown | |
| City | JEFFERSON |
| State | NY |
| Zip Code | 12093 |
| Owner Oper. | ● |
| Lic. Class | D |
| Client ID Number | 507411904 |
| Sex | M |
| Date Expires | 06/12/2025 |
| Lic. State | NY |
| Date of Birth | 06/12/1967 |
| Veh. Type | 1 |
| Year | 2006 |
| Make | HOND |
| Color | GY |
| Plate Number | HCE2059 |
| Reg. State | NY |
| Registration Expires | 11/09/2025 |

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Field | Value |
|---|---|
| Time | 11:46 AM |
| Date of Offense | 05/01/2025 |
| IN VIOLATION OF | NYS V AND T LAW |
| Section | 1128A |
| Sub Section | |
| Tr Inf | ● |
| Misd | ○ |
| Felony | ○ |
| MPH | |
| MPH Zone | |
| Description of Violation | MOVED FROM LANE UNSAFELY |
| US DOT# | |
| CDL Veh | ○ |
| Bus | ○ |
| Haz Mat | ○ |
| Place of Occurrence | STATE ROUTE 32 |
| Hwy. No. | 32 |
| Loc. Code | 5663 |
| C/T/V Name | ROSENDALE, TOWN OF - 5663 |
| County | ULSTER |
| Hwy. Type | 2 |
| NCIC/ORI | 05590 |
| Date Affirmed | 05/01/2025 |
| Off Assign | |
| Arrest Type | 1 - PATROL |
| Badge/Shield | 251 |
| Officer's Last Name | FAGERSTROM |
| First Name | C |
| M.I. | |

AFFIRMED UNDER PENALTY OF PERJURY
(Officer's Signature)

Radar Officer's Signature

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____ Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ●   SPEEDING (Gen 101) ○
       GENERAL (Gen 101A) ○

Signature _____
Address _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

---

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

| Field | Value |
|---|---|
| Court | ROSENDALE TOWN COURT |
| Address | 1915 LUCAS AVE |
| City | COTTEKILL |
| State | NY |
| Zip | 12419 |
| ● RETURN BY MAIL BEFORE OR IN PERSON ON: | |
| ○ MUST APPEAR IN PERSON ON: | |
| Date | 05/13/2025 |
| Time | 5:00 PM |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

UTD-1.7 (4/02)

DR01K9DCGH

# New York State - Department of Motor Vehicles
## UNIFORM TRAFFIC TICKET

**DR01K9DCF8**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY:** ROSENDALE PD
**Local Police Code:**

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| WISHENGRAD | MARC | D |

**Number and Street:** 220 DEAD END ROAD
**Apt. No.:**
**Photo Lic Shown:** ○

| City | State | Zip Code | Owner Oper. | Lic. Class |
|---|---|---|---|---|
| JEFFERSON | NY | 12093 | ● | D |

**Client ID Number:** 507411904
**Sex:** M
**Date Expires:** 06/12/2025

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 06/12/1967 | 1 | 2006 | HOND | GY |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| HCE2059 | NY | 11/09/2025 |

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 11:46 AM | 05/01/2025 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 4024 | | ● | ○ | ○ | | |

**Description of Violation:** IMPROPER PLATES

**US DOT#:**

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

**Place of Occurrence:** STATE ROUTE 32
**Hwy. No.:** 32
**Loc. Code:** 5663

| C/T/V Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| ROSENDALE, TOWN OF - 5663 | ULSTER | 2 | 05590 |

**AFFIRMED UNDER PENALTY OF PERJURY**
**Date Affirmed:** 05/01/2025
**Off Assign:**

*(Officer's Signature)*

**Arrest Type:** 1 - PATROL
**Badge/Shield:** 251

| Officer's Last Name | First Name | M.I. |
|---|---|---|
| FAGERSTROM | C | |

**Radar Officer's Signature:**

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

**ROSENDALE TOWN COURT**
**Address:** 1915 LUCAS AVE

| City | State | Zip |
|---|---|---|
| COTTEKILL | NY | 12419 |

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:
**Date:** 05/13/2025  **Time:** 5:00 PM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____
_____
_____

All statements are made under penalty of perjury:

Date: _____  Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

**SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?**

NO ●    SPEEDING (Gen 101) ○
        GENERAL (Gen 101A) ○

Signature _____
Address _____
_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

**FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.**

UTD-1.7 (4/02)

DR01K9DCF8

# New York State - Department of Motor Vehicles
## UNIFORM TRAFFIC TICKET

**DR01K9DCCW**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY:** ROSENDALE PD
Local Police Code:

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| Field | Value |
|---|---|
| Last Name (Defendant) | WISHENGRAD |
| First Name | MARC |
| M.I. | D |
| Number and Street | 220 DEAD END ROAD |
| Apt. No. | |
| Photo Lic Shown | |
| City | JEFFERSON |
| State | NY |
| Zip Code | 12093 |
| Owner Oper. | ● |
| Lic. Class | D |
| Client ID Number | 507411904 |
| Sex | M |
| Date Expires | 06/12/2025 |
| Lic. State | NY |
| Date of Birth | 06/12/1967 |
| Veh. Type | 1 |
| Year | 2006 |
| Make | HOND |
| Color | GY |
| Plate Number | HCE2059 |
| Reg. State | NY |
| Registration Expires | 11/09/2025 |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Field | Value |
|---|---|
| Time | 11:46 AM |
| Date of Offense | 05/01/2025 |
| IN VIOLATION OF | NYS V AND T LAW |
| Section | 3191U |
| Sub Section | |
| Tr Inf | ● |
| Misd | ○ |
| Felony | ○ |
| MPH | |
| MPH Zone | |
| Description of Violation | OPERATING WITHOUT INSURANCE |
| US DOT# | |
| CDL Veh | ○ |
| Bus | ○ |
| Haz Mat | ○ |
| Place of Occurrence | STATE ROUTE 32 |
| Hwy. No. | 32 |
| Loc. Code | 5663 |
| C/T/V Name | ROSENDALE, TOWN OF - 5663 |
| County | ULSTER |
| Hwy. Type | 2 |
| NCIC/ORI | 05590 |
| Date Affirmed | 05/01/2025 |
| Off Assign | |
| Arrest Type | 1 - PATROL |
| Badge/Shield | 251 |

AFFIRMED UNDER PENALTY OF PERJURY
(Officer's Signature) *[signature]*

Officer's Last Name: **FAGERSTROM**
First Name: **C**

Radar Officer's Signature:

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

| Field | Value |
|---|---|
| Court | ROSENDALE TOWN COURT |
| Address | 1915 LUCAS AVE |
| City | COTTEKILL |
| State | NY |
| Zip | 12419 |
| ● RETURN BY MAIL BEFORE OR IN PERSON ON: | Date 05/13/2025  Time 5:00 PM |
| ○ MUST APPEAR IN PERSON ON: | |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____  Signed _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?   NO ●

SPEEDING (Gen 101) ○
GENERAL (Gen 101A) ○

Signature _____
Address _____
City _____  State _____  Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
State _____  Zip Code _____
City _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

DR01K9DCCW

Case 1:25-cr-00253-PJE   Document 1   Filed 06/16/25   Page 13 of 14

# New York State - Department of Motor Vehicles
## UNIFORM TRAFFIC TICKET

**DR01K9DC32**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY:** ROSENDALE PD
**Local Police Code:**

**TO PLEAD BY MAIL**
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

| Field | Value |
|---|---|
| Last Name (Defendant) | WISHENGRAD |
| First Name | MARC |
| M.I. | D |
| Number and Street | 220 DEAD END ROAD |
| Apt. No. | |
| Photo Lic Shown | |
| City | JEFFERSON |
| State | NY |
| Zip Code | 12093 |
| Owner Oper. | ● |
| Lic. Class | D |
| Client ID Number | 507411904 |
| Sex | M |
| Date Expires | 06/12/2025 |
| Lic. State | NY |
| Date of Birth | 06/12/1967 |
| Veh. Type | 1 |
| Year | 2006 |
| Make | HOND |
| Color | GY |
| Plate Number | HCE2059 |
| Reg. State | NY |
| Registration Expires | 11/09/2025 |

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Field | Value |
|---|---|
| Time | 11:46 AM |
| Date of Offense | 05/01/2025 |
| IN VIOLATION OF | NYS V AND T LAW |
| Section | 512 |
| Sub Section | |
| Tr Inf | ○ |
| Misd | ● |
| Felony | ○ |
| MPH | |
| MPH Zone | |
| Description of Violation | OPERATING WHILE REGISTRATION SUSP/REVOKED |
| US DOT# | |
| CDL Veh | ○ |
| Bus | ○ |
| Haz Mat | ○ |
| Place of Occurrence | STATE ROUTE 32 |
| Hwy. No. | 32 |
| Loc. Code | 5663 |
| C/T/V Name | ROSENDALE, TOWN OF - 5663 |
| County | ULSTER |
| Hwy. Type | 2 |
| NCIC/ORI | 05590 |
| Date Affirmed | 05/01/2025 |
| Off Assign | |
| Arrest Type | 1 - PATROL |
| Badge/Shield | 251 |
| Officer's Last Name | FAGERSTROM |
| First Name | C |
| M.I. | |

AFFIRMED UNDER PENALTY OF PERJURY
(Officer's Signature) *Coleen Fagers*
Radar Officer's Signature

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

ROSENDALE TOWN COURT
Address: 1915 LUCAS AVE
City: COTTEKILL  State: NY  Zip: 12419

○ RETURN BY MAIL BEFORE OR IN PERSON ON:
● MUST APPEAR IN PERSON ON:
Date: 05/13/2025   Time: 5:00 PM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

### SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):
_____
_____

All statements are made under penalty of perjury:

Date: _____   Signed: _____

### SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?
NO ●   SPEEDING (Gen 101) ○
          GENERAL (Gen 101A) ○

Signature: _____
Address: _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

DR01K9DC32

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**DR01K9DCLX**
To be completed by Police Officer and given to Motorist

**TO PLEAD BY MAIL**
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

| POLICE AGENCY | |
|---|---|
| ROSENDALE PD | |
| Local Police Code | |

| Last Name (Defendant) | First Name | M.I. |
|---|---|---|
| WISHENGRAD | MARC | D |

| Number and Street | Apt. No. | Photo Lic Shown |
|---|---|---|
| 220 DEAD END ROAD | | |

| City | State | Zip Code | Owner Oper. | Lic. Class |
|---|---|---|---|---|
| JEFFERSON | NY | 12093 | ● | D |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 507411904 | M | 06/12/2025 |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 06/12/1967 | 1 | 2006 | HOND | GY |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| HCE2059 | NY | 11/09/2025 |

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 11:46 AM | 05/01/2025 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 1120A | | ● | ○ | ○ | | |

Description of Violation
**FAILED TO KEEP RIGHT**

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

| Place of Occurrence | Hwy. No. | Loc. Code |
|---|---|---|
| STATE ROUTE 32 | 32 | 5663 |

| C/T/V Name | County | Hwy. Type | NCIC/ORI |
|---|---|---|---|
| ROSENDALE, TOWN OF - 5663 | ULSTER | 2 | 05590 |

AFFIRMED UNDER PENALTY OF PERJURY

| Date Affirmed | Off Assign |
|---|---|
| 05/01/2025 | |

Arrest Type
**1 - PATROL**

*[Officer's signature]*

(Officer's Signature)

Badge/Shield **251**

| Officer's Last Name | First Name | M.I. |
|---|---|---|
| FAGERSTROM | C | |

Radar Officer's Signature

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____ Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.
**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?

NO ●    SPEEDING (Gen 101) ○
          GENERAL (Gen 101A) ○

Signature _____
Address _____

_____

City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____

City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

*THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW*

| ROSENDALE TOWN COURT | | |
|---|---|---|
| Address | | |
| 1915 LUCAS AVE | | |
| City | State | Zip |
| COTTEKILL | NY | 12419 |

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

| Date | Time |
|---|---|
| 05/13/2025 | 5:00 PM |

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

UTD-1.7 (4/02)

DR01K9DCLX